```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                         AT BLUEFIELD
```

DEWEY MULLINS,

    Plaintiff,

v.                                  CIVIL ACTION NO. 1:09-1248

DAVID BALLARD, Warden,
Mount Olive Correctional Complex,

    Defendant.

## JUDGMENT ORDER

    Consistent with the Memorandum Opinion and Order entered this day, the court hereby **DENIES** plaintiff's application to proceed without prepayment of fees or costs and motion to hold habeas corpus petition in abeyance, **DISMISSES** plaintiff's petition under 28 U.S.C. § 2254 with prejudice, and **DIRECTS** the Clerk to remove this matter from the court's docket.

    The Clerk is further directed to forward a certified copy of this Judgment Order to plaintiff, pro se, and counsel of record.

    **IT IS SO ORDERED** this 2nd day of September, 2010.

                                  ENTER:

                                  David A. Faber
                                  Senior United States District Judge